# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    **v.**                Case No. 3:93cr3009/RV

**JOHN RICKY COWART**
_____/

## ORDER

The Defendant has filed an Emergency Motion for Sentence Reduction under The First Step Act of 2018 (doc. 218). The motion reflects that the Defendant was held accountable for less than 280 grams of crack cocaine. This has the effect of lowering his statutory penalties and making him eligible for relief under the Act since he was sentenced before August 2010. He has served over 309 months of his 360 months sentence. The Government has indicated that it agrees the Defendant is eligible for this sentence reduction and that it does not oppose an immediate sentence reduction and release from incarceration.

Therefore, the motion is GRANTED, and the sentence imposed in his case on July 7, 1993, is reduced to time served as to the terms of imprisonment on Counts 1 and 2 (Count 3 having previously been reduced), effective as of 12:00 o'clock noon CDT on Friday, April 12, 2019.

In all other respects, the sentence and judgment imposed on July 7, 1993, remains in full force and effect.

**DONE AND ORDERED** this 8th day of April, 2019.

                              */s/Roger Vinson*
                              **ROGER VINSON**
                              **Senior U. S. District Judge**